# UNITED STATES BANKRUPTCY COURT

**MOR-1**

| | |
|---|---|
| CASE NAME: | The Mint Leasing, Inc |
| CASE NUMBER: | 17-31878 |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | 4/18/2017 0:00 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| | MONTH | YEAR |
|---|---|---|
| REVENUES (MOR-6) | 0.00 | 184,106.10 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | -79,886.78 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | -79,886.78 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 12,000.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 24,000.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 109,177.53 | 0.00 |

| | MONTH | YEAR |
|---|---|---|
| REVENUES (MOR-6) | 12,412.30 | 184,106.10 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -66,685.28 | -79,886.78 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -66,685.28 | -79,886.78 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 5,456.00 | 12,000.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 24,000.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 20,045.33 | 109,177.53 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | Yes **No** |
| Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No |
| Have any pre-petition liabilities been paid? | Yes **No** |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | **Yes** No |
| Were any assets disposed of outside the normal course of business? | Yes **No** |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** No |
| What is the status of your Plan of Reorganization? | In Process |

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE |
|---|---|---|
| AS OF SIGNATURE DATE | | |
| CASUALTY | YES (✓) NO ( ) | 4-17-2018 |
| LIABILITY | YES (✓) NO ( ) | 5/1/2018 |
| VEHICLE | YES (✓) NO ( ) | 6/20/2018 |
| WORKER'S | YES (✓) NO ( ) | 12/31/2017 |
| OTHER | YES (✓) NO ( ) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: CFO
(ORIGINAL SIGNATURE)

Todd A. Bartlett                    6/21/17
(PRINT NAME OF SIGNATORY)           DATE

| | |
|---|---|
| ATTORNEY NAME: | Joseph Acosta |
| FIRM NAME: | Fisher Broyles |
| ADDRESS: | 4514 Cole Ave. |
| | Suite 600 |
| CITY, STATE, ZIP: | Dallas, TX 75205 |
| TELEPHONE/FAX: | 214-614-8939/214-614-8992 |

MOR-1                                          Revised 07/01/98

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 4/18/2017 0:00 | MONTH 4/30/2017 0:00 | MONTH 5/31/2017 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 41,365.66 | 66,747.26 | 110,446.43 | | | | |
| Accounts Receivable, Net | 3,643,156.77 | 3,554,636.46 | 3,562,889.47 | | | | |
| Inventory: Lower of Cost or Market | 1,733,704.93 | 1,756,198.73 | 1,685,971.16 | | | | |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | | | | |
| Investments | 1,794,269.03 | 1,771,775.23 | 1,727,545.23 | | | | |
| Other | 3,798,746.45 | 3,798,746.45 | 3,798,746.45 | | | | |
| TOTAL CURRENT ASSETS | 11,011,242.84 | 10,948,104.13 | 10,885,598.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 286,099.86 | 286,099.86 | 286,099.86 | | | | |
| Less Accumulated Depreciation | 285,699.70 | 285,699.70 | 285,699.70 | | | | |
| NET BOOK VALUE OF PP & E | 400.16 | 400.16 | 400.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $11,011,643.00 | $10,948,504.29 | $10,885,998.90 | $0.00 | $0.00 | $0.00 | $0.00 |

*Per Schedules and Statement of Affairs

Revised 07/01/98

MOR-2

**Other**

| | | | |
|---|---|---|---|
| Rent Deposit | 4,250.00 | 4,250.00 | 4,250.00 |
| Office Furniture | 1,550.00 | 1,550.00 | 1,550.00 |
| Judgement Preferred Dealer Services | 2,072,336.43 | 2,072,336.43 | 2,072,336.43 |
| Lawsuit On-Time | 1,146,873.02 | 1,146,873.02 | 1,146,873.02 |
| Mint North | 573,737.00 | 573,737.00 | 573,737.00 |
| **Total Other Assets** | 3,798,746.45 | 3,798,746.45 | 3,798,746.45 |

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 4/18/2017 0:00 | MONTH 4/30/2017 0:00 | MONTH 5/31/2017 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 3,546.57 | 20,927.96 | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 6,069,244.45 | 6,069,244.45 | 6,069,244.45 | | | | |
| Priority Debt | 2,087.75 | 2,087.75 | 2,087.75 | | | | |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | | | | |
| FICA/Withholding | 117,512.06 | 117,512.06 | 117,512.06 | | | | |
| Unsecured Debt | 3,619,118.10 | 3,619,118.10 | 3,619,118.10 | | | | |
| Other | 4,523,889.91 | 4,523,889.91 | 4,523,889.91 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 14,331,852.27 | 14,331,852.27 | 14,331,852.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 14,331,852.27 | 14,335,398.84 | 14,352,780.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 2,000.00 | 2,000.00 | 2,000.00 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 88,322.00 | 88,322.00 | 88,322.00 | | | | |
| RETAINED EARNINGS: Filing Date | 1,254,992.50 | 1,254,992.50 | 1,254,992.50 | | | | |
| RETAINED EARNINGS: Post Filing Date | -4,665,523.77 | -4,665,523.77 | -4,665,523.77 | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -66,685.28 | -146,572.06 | | | | |
| | -3,320,209.27 | -3,386,894.55 | -3,466,781.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $11,011,643.00 | $10,948,504.29 | $10,885,998.90 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

Revised 07/01/98

**MOR-3**

Other

| | | | |
|---|---|---|---|
| TCA Lawsuit | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 |
| Note Payable Jerry Parish | 1,297,769.08 | 1,297,769.08 | 1,297,769.08 |
| Mint North | 1,226,120.83 | 1,226,120.83 | 1,226,120.83 |
| | 4,523,889.91 | 4,523,889.91 | 4,523,889.91 |

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 4/18/2017 0:00 | MONTH 4/30/2017 0:00 | MONTH 5/31/2017 0:00 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | 472.04 | 1,111.00 | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 472.04 | 1,111.00 | 0.00 | 0.00 | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Account Payable Post Petition | | 3,074.53 | 19,816.96 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $3,546.57 | $20,927.96 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

## AGING OF POST-PETITION LIABILITIES
MONTH 5/31/2017

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 20,927.96 | 19,816.96 | 1,111.00 | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $20,927.96 | $19,816.96 | $1,111.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

## STATEMENT OF INCOME (LOSS)

| | MONTH<br>4/30/2017 0:00 | MONTH<br>5/31/2017 0:00 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 12,412.30 | 184,106.10 | | | | 196,518.40 |
| TOTAL COST OF REVENUES | 49,142.35 | 166,356.56 | | | | 215,498.91 |
| GROSS PROFIT | -36,730.05 | 17,749.54 | 0.00 | 0.00 | 0.00 | -18,980.51 |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | 0.00 | 97.43 | | | | 97.43 |
| General & Administrative | 24,249.10 | 60,808.85 | | | | 85,057.95 |
| Insiders Compensation | 5,456.00 | 12,000.00 | | | | 17,456.00 |
| Professional Fees | 0.00 | 24,000.00 | | | | 24,000.00 |
| Other | 250.13 | 730.04 | | | | 980.17 |
| Other | 0.00 | 0.00 | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 29,955.23 | 97,636.32 | 0.00 | 0.00 | 0.00 | 127,591.55 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -66,685.28 | -79,886.78 | 0.00 | 0.00 | 0.00 | -146,572.06 |
| INTEREST EXPENSE | 0.00 | 0.00 | | | | 0.00 |
| DEPRECIATION | 0.00 | 0.00 | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | | | | 0.00 |
| OTHER ITEMS** | 0.00 | 0.00 | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -66,685.28 | -79,886.78 | | | | -146,572.06 |
| FEDERAL INCOME TAXES | 0.00 | 0.00 | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($66,685.28) | ($79,886.78) | $0.00 | $0.00 | $0.00 | ($146,572.06) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
\* *Footnote Mandatory.*
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

Revised 07/01/98

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/30/2017 0:00 | MONTH 4/30/2017 0:00 | MONTH 5/31/2017 0:00 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $41,365.66 | $41,365.66 | $66,747.23 | $110,446.42 | $110,446.42 | $110,446.42 | $41,365.66 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | 1,500.00 | | | | 1,500.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 45,426.90 | 151,376.72 | | | | 196,803.62 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 45,426.90 | 152,876.72 | 0.00 | | | 198,303.62 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | 14,902.78 | 35,010.17 | | | | 49,912.95 |
| 8. PAYROLL TAXES PAID | 0.00 | 4,892.42 | 12,118.14 | | | | 17,010.56 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | 15,000.00 | | | | 15,000.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 0.00 | 3,488.93 | | | | 3,488.93 |
| 12. INSURANCE | 0.00 | 0.00 | 2,021.17 | | | | 2,021.17 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 8,000.00 | | | | 8,000.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | 2,554.13 | | | | 2,554.13 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | 2,618.29 | | | | 2,618.29 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 0.00 | 2,181.82 | | | | 2,181.82 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | 0.00 | 1,781.10 | | | | 1,781.10 |
| 18. OTHER (attach list) | 0.00 | 250.13 | 403.78 | | | | 653.91 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 20,045.33 | 85,177.53 | 0.00 | | | 105,222.86 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | 24,000.00 | | | | 24,000.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 20,045.33 | 109,177.53 | 0.00 | 0.00 | 0.00 | 129,222.86 |
| 22. NET CASH FLOW | 0.00 | 25,381.57 | 43,699.19 | | | | 69,080.76 |
| 23. CASH - END OF MONTH (MOR-2) | $41,365.66 | $66,747.23 | $110,446.42 | $110,446.42 | $110,446.42 | $110,446.42 | $110,446.42 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

0.0

Revised 07/01/98

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

## CASH ACCOUNT RECONCILIATION
## MONTH OF 5/31/2017

| BANK NAME | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | | | |
| ACCOUNT TYPE | # | OPERATING | # | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | | 109,177.53 | | | | | $109,177.53 |
| DEPOSITS IN TRANSIT | | | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | | | $0.00 |
| ADJUSTED BANK BALANCE | | $109,177.53 | | $0.00 | $0.00 | $0.00 | $109,177.53 |
| BEGINNING CASH - PER BOOKS | | 66,747.23 | | | | | $66,747.23 |
| RECEIPTS* | | 152,876.72 | | | | | $152,876.72 |
| TRANSFERS BETWEEN ACCOUNTS | | 0.00 | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | 0.00 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | 109,177.53 | | | | | $109,177.53 |
| ENDING CASH - PER BOOKS | | $110,446.42 | | $0.00 | $0.00 | $0.00 | $110,446.42 |

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

**MOR-8**

Revised 07/01/98

CASE NAME: The Mint Leasing, Inc
CASE NUMBER: 17-31878

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 04/18/17 | MONTH 04/30/17 | MONTH 05/31/17 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Jerry Parish - CEO | 0.00 | 5,456.00 | 12,000.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $5,456.00 | $12,000.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Navigator Corporate Advisors - CFO | | 0.00 | 20,000.00 | | | |
| 2. Desrroches Roth - Tax | | 0.00 | 4,000.00 | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $24,000.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*